**United States District Court**
For the Northern District of California

1
2
3
4
5                IN THE UNITED STATES DISTRICT COURT
6             FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   THOMAS MATHEWS,                    No. C -13-04378 EDL
9          Plaintiff,             **ORDER**
10    v.
11   ORION HEALTHCORP, INC.,
12         Defendant.
     _____/
13
14      This matter is hereby referred to a Magistrate Judge Donna M. Ryu to conduct a Settlement
15 Conference. Judge Ryu's chambers will advise counsel of the date and time for the conference to be
16 conducted.
17
18     **IT IS SO ORDERED.**
19
20
21 Dated: August 12, 2014                    ELIZABETH D. LAPORTE
                               United States Chief Magistrate Judge
22
23
24
25
26
27
28